AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America | ) |
| Plaintiff | ) |
| v. | ) Case No.  1:13-cr-00912-RJS |
| Francisco Santibanez, a/k/a "4 x 4" | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Francisco Santibanez

Date: 04/08/2014

*Attorney's signature*

Alessandra DeBlasio, 2526788
*Printed name and bar number*

40 Exchange Place, Suite 2010
New York, New York  10005
*Address*

ad@adeblasiolaw.com
*E-mail address*

(212) 321-7084
*Telephone number*

(973) 689-2765
*FAX number*