```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-29-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　:
UNITED STATES　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　13 Cr. 912 (RJS)
　　　-v-　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
FRANCISCO SANTIBANEZ　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　Defendant.　:
　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------X

RICHARD J. SULLIVAN, District Judge:

　　Upon the application of Francisco Santibanez, Defendant, for an order appointing Gráinne E. O'Neill, Esq. as associate counsel, and based on the Court's independent review it is hereby:

　　ORDERED that Gráinne E. O'Neill, Esq. is appointed as an associate counsel in the United States v. Francisco Santibanez, 13 Cr. 912 (RJS) and that Ms. O'Neill will be permitted to bill at a rate of sixty-five dollars ($65.00) an hour, after providing the first fifteen (15) hours of representation on a *pro bono* basis, *nunc pro tunc*.

SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Richard J. Sullivan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: September 26, 2014
　　　　New York, New York