UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANCISCO SANTIBANEZ,

Defendant.

No. 13-cr-912 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. No. 83.)  IT IS HEREBY ORDERED THAT the government shall respond to Defendant's motion by June 5, 2020, and that Defendant shall submit a reply, if any, by June 9, 2020.

SO ORDERED.

Dated:   June 2, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation